# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-535
_____

SAMUEL FAGIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lester Bernard Bass, Judge.

September 11, 2019

PER CURIAM.

AFFIRMED. *See Franklin v. State*, 258 So. 3d 1239 (Fla. 2018);
*State v. Michel*, 257 So. 3d 3 (Fla. 2018).

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Samuel Fagin, pro se, Appellant.

Ashley Moody, Attorney General, Tallahasse, for Appellee.